IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANGEL ALFREDO CINTRON,  :
:
       Plaintiff  :
:
VS.  :
: NO. 5:11-CV-253 (MTT)
BRIAN OWENS, *et al.*,  :
:
       Defendants  :
_____ :

### ORDER

Plaintiff **ANGEL ALFREDO CINTRON,** an inmate at the Dekalb County Jail in Decatur, Georgia, filed a 42 U.S.C. § 1983 action in this Court. (Doc. 1).

On August 19, 2011, the Court ordered Plaintiff to supplement his complaint. The Court informed Plaintiff that if he did not comply with the Order within fourteen days, his Complaint would be dismissed. (Doc. 11). On August 29, 2011, this Order was returned undelivered from Central State Prison (the facility in which Plaintiff was previously incarcerated). (Doc. 12). Also on August 29, 2011, Plaintiff notified the Court that he had been transferred to the Dekalb County Jail in Decatur, Georgia. (Doc. 13). Therefore, on this same date, the Court mailed Plaintiff another copy of the August 19, 2011 Order to supplement.

The Court has given Plaintiff an additional fourteen days from August 29, 2011 to supplement his complaint. Plaintiff was informed in the August 19, 2011 Order that his failure to comply would result in the dismissal of his case. Plaintiff has not responded to the Court's August 19, 2011 Order. Because of his failure to comply with the Court's instructions, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 22nd day of September, 2011.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb